# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

ARCHIE DUNKLIN JR.,        )
                             )
        **Petitioner/Defendant,**  )
                             )    **CIVIL NO. 07-612-JPG**
**vs.**                           )
                             )    **CRIMINAL NO. 04-cr-40014**
**UNITED STATES of AMERICA ,**  )
                             )
        **Respondent/Plaintiff.**  )

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

This matter is before the Court on Petitioner's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255. Also before the Court is Petitioner's motion for default (Doc. 4). On March 23, 2005, a jury found Petitioner guilty of one count of conspiracy to distribute and possess with intent to distribute 50 grams or more of a mixture and substance containing "crack cocaine." On June 28, 2005, Petitioner was sentenced to 360 months imprisonment, ten years supervised release, a fine of $500, and a special assessment of $100. Petitioner's conviction and sentence were affirmed on direct appeal. *United States v. Tolliver*, 454 F.3d 660 (7th Cir. 2006). .

In his motion, Petitioner asserts four grounds of ineffective assistance of counsel.

The Court **ORDERS** the Government to file a response to Petitioner's motion within **THIRTY (30) DAYS** of the date of this Order. The Government shall, as part of its response, attach all relevant portions of the record.

**IT IS FURTHER ORDERED** that Petitioner's motion for default judgment (Doc. 4) is **DENIED.**

**IT IS SO ORDERED.**

**Dated: January 17, 2008.**

                      **s/ J. Phil Gilbert**
                      **U. S. District Judge**